Paul Recker, Respondent, v. Herman G. Pieck, Appellant, et al., Defendant.

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.